IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHAROLYN BRANTLEY ) | |
| MONTGOMERY ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:19cv488-MHT |
| ) | (WO) |
| URMIL S. PATEL, M.D., ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The United States Magistrate Judge's recommendation (Doc. 59) is adopted.

(2) Defendant's motion for summary judgment (Doc. 27) is granted as to plaintiff's federal claims only and is otherwise denied, including to the extent that defendant requests reimbursement of all costs and fees incurred in defense of this action.

(3) Judgment is entered in favor of defendant and

against plaintiff on plaintiff's federal claims only, with plaintiff taking nothing by her complaint on those claims.

(4) The court declines to exercise supplemental jurisdiction over plaintiff's state-law claims, and those claims are dismissed without prejudice to her right to refile the claims in state court or another appropriate forum.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 24th day of March, 2022.

                                            /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**